# ALABAMA COURT OF CRIMINAL APPEALS



January 17, 2025

**CR-2022-1258**

C.C. v. State of Alabama (Appeal from Russell Circuit Court: CC-16-489, CC-16-490, CC-16-664, CC-16-665, CC-17-774, and CC-17-775)

## <u>NOTICE</u>

You are hereby notified that on January 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Applications for Rehearing Overruled.

D. Scott Mitchell, Clerk